J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Nicole L. Drey (SBN 250235)
nicole@coombspc.com
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:  (818) 500-3200
Facsimile:   (818) 500-3201

Attorneys for Plaintiff Warner Bros. Entertainment Inc.

Curtis R. Tingley (SBN 112322)
ctingley@tingleyllp.com
Bruce C. Piontkowski (SBN 152202)
bpiontkowski@tingleyllp.com
Jonathan A. McMahon (SBN 239370)
jmcmahon@tingleyllp.com
Tingley Piontkowski LLP
10 Almaden Boulevard, Suite 430
San Jose, California 95113
Telephone:  (408) 283-7000
Facsimile:   (408) 283-7010

Attorneys for Defendant Virgilio Navarro a/k/a Bill Navarro, an individual and d/b/a www.quackmoo1.com

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Entertainment Inc., | Case No. CV11-7775-ODW (JEMx) |
| Plaintiff, | CONSENT DECREE AND PERMANENT INJUNCTION |
| v. | |
| Virgilio Navarro a/k/a Bill Navarro, an individual and d/b/a www.quackmoo1.com, and Does 1 through 10, inclusive, | |
| Defendants. | |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner Bros. Entertainment Inc. ("Plaintiff") and Defendant Virgilio Navarro a/k/a Bill

Warner Bros. v. Navarro: [Proposed] Consent Decree        - 1 -

Navarro, an individual and d/b/a www.quackmoo1.com ("Defendant"), in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' stipulation and only as to Defendant, his successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1)   This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq*., and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2)   Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, video compact discs (VCDs), digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference  (collectively referred to herein as "Plaintiff's Works").

3)   Plaintiff has alleged that Defendant has made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4)   Defendant and his agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with him who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

   a)   Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or

logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

b) Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

c) Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5) Each side shall bear its own fees and costs of suit.

6) Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7) This Injunction shall be deemed to have been served upon Defendants at the time of its execution by the Court.

8) The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendants.

9) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10) The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendant, be reopened should Defendant default under the terms of the Settlement Agreement.

11) This Court shall retain jurisdiction over Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED: March 16, 2012

_____
Hon. Otis D. Wright
United States District Judge

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.


By: _____
    J. Andrew Coombs
    Nicole L. Drey
Attorneys for Plaintiff Warner Bros. Entertainment Inc.


Tingley Piontkowski LLP


By: _____
    Curtis R. Tingley
    Bruce C. Piontkowski
    Jonathan A. McMahon
Attorneys for Defendant Virgilio Navarro a/k/a Bill Navarro, an individual and d/b/a www.quackmoo1.com

# EXHIBIT A

# PLAINTIFF'S WORKS

| Title | Registration No. |
|---|---|
| 36 HOURS | RE593022 |
| 7 WOMEN | RE630514 |
| ABOUT SCHMIDT | PA1127412 |
| ABOVE AND BEYOND | RE 43-631 |
| ACROSS THE WIDE MISSOURI | RE 10-233 |
| ACTRESS, THE | RE 77-521 |
| ADVENTURE | R543683 |
| ADVENTURES IN BALTIMORE | R632497 |
| AFTER OFFICE HOURS | R291452 |
| ALL MINE TO GIVE | RE244571 |
| ALL MINE TO GIVE | RE244571 |
| ALL THE FINE YOUNG CANNIBALS | RE 396-244 |
| ALPHABET MURDERS | RE 630-128 |
| ALWAYS LEAVE THEM LAUGHING | R653702 |
| ANGEL WORE RED | RE403111 |
| ANTHONY ADVERSE | LP6465 |
| ASK ANY GIRL | RE341210 |
| ATHENA | RE116756 |
| AWAKENING LAND | PA17545, PA17544, PA17546 |
| BACHELOR IN PARADISE | RE442639 |
| BADMAN'S TERRITORY | R551685 |
| BARRETTS OF WIMPOLE STREET | 1934:R281164 1957: RE189392 |
| BATMAN  ANIMATED SERIES SEASON 1 | COMPILATION Season 1 Ep. 1: The Cat and The Claw, Part I: PA 582-970 |
| BATMAN  ANIMATED SERIES SEASON 2 | COMPILATION Season 2 Ep. 1: House & Garden: PA 711-888 |

| Title | Registration |
|---|---|
| BATMAN ANIMATED SERIES SEASON 3 | COMPILATION Season 3 Ep. 1: Holiday Knights: PA 991-093 |
| BATTLE CIRCUS | RE43693 |
| BETRAYED | RE 116-752 |
| BETWEEN TWO WORLDS | R521034 |
| BHOWANI JUNCTION | RE151753 |
| BISHOP MURDER CASE | R204806 |
| BLOSSOMS IN THE DUST | R438768 |
| BLUES IN THE NIGHT DVD | R460033 |
| BOMBARDIER | R486272 |
| BOY FRIEND | RE810-923 |
| BOY MEETS GIRL | R380515 |
| BRASS TARGET | PA 24-283 |
| BREAKFAST FOR TWO | R354280 |
| BRIBE | R626744 |
| BRIDE GOES WILD | R599454 |
| BRIDGE TO THE SUN | RE441172 |
| BRIGHT LEAF | R671969 |
| BROTHERLY LOVE | RE782024 |
| BUNDLE OF JOY | RE222935 |
| CARNIVAL BOAT | R242083 |
| CARSON CITY | RE12214 |
| CASH MCCALL | RE342425 |
| CASINO MURDER CASE | R292425 |
| CASS TIMBERLANE | R591703 |
| CATERED AFFAIR | RE189377 |
| CHARLIE BROWN CHRISTMAS | RE655106 |
| CLOWN | RE43635 |
| COME FLY WITH ME | RE534900 |
| COMRADE X | R424633 |
| CONFIDENTIALLY CONNIE | RE55782 |
| COUNT YOUR BLESSINGS | RE340287 |
| CRACKING UP aka SMORGASBORD | PA 218396 |
| CRACK-UP | R560797 |
| CRIME WAVE | 1954: RE131469 |
| CRISIS | R664841 |
| CROOKS AND CORONETS | RE766992 |

| # | Title | Registration |
|---|---|---|
| 1 | CROSS OF LORRAINE | R494776 |
| 2 | CROSSROADS | R464175 |
| 3 | CRY HAVOC | R498550 |
| 4 | CRY WOLF | R585005 |
| 5 | DANCING CO ED | R394395 |
| 6 | DANGEROUS MISSION | R148081 |
| 7 | DARK AT THE TOP OF THE STAIRS | RE381047 |
| 8 | DARK OF THE SUN | RE704377 |
| 9 | DEAF SMITH AND JOHNNY EARS ON DVD+R | RE848561 |
| 10 | DEATH OF A SCOUNDREL | RE229927 |
| 11 | DEATH OF SUPERMAN aka SUPERMAN: DOOMSDAY | PA1627610 |
| 12 | DECISION AGAINST TIME | RE189404 |
| 13 | DESPERATE SEARCH | RE43633 |
| 14 | DISRAELI | R182617 |
| 15 | DOCTOR, YOU'VE GOT TO BE KIDDING | RE621443 |
| 16 | DON'T MAKE WAVES | RE704366 |
| 17 | DOUGHGIRLS | R533123 |
| 18 | DREAM WIFE | RE77518 |
| 19 | DU BARRY WAS A LADY | R484069 |
| 20 | EASY LIVING | R646634 |
| 21 | EASY TO WED | R548037 |
| 22 | EMMA | R229941 |
| 23 | ESCAPE FROM EAST BERLIN | RE489844 |
| 24 | ESCAPE ME NEVER | R592813 |
| 25 | EVER IN MY HEART | R272624 |
| 26 | EXCUSE MY DUST | RE10267 |
| 27 | EXTRAORDINARY SEAMAN | RE731538 |
| 28 | FAR FROM THE MADDING CROWD | RE704373 |
| 29 | FAST COMPANY | 1938: R364009<br>1953: RE77528 |
| 30 | FASTEST GUITAR ALIVE | RE621444 |
| 31 | FASTEST GUN ALIVE | RE189378 |
| 32 | FEARLESS FAGAN | RE43704 |
| 33 | FEMININE TOUCH | R442882 |
| 34 | FEMME FATALE | PA1093607 |
| 35 | FIGHT FOR YOUR LADY | R358010 |
| 36 | FIRST YANK INTO TOKYO | R545416 |
| 37 | FIVE CAME BACK | R393965 |

| # | Title | Reg. No. |
|---|---|---|
| 1 | FOOTLOOSE HEIRESS, THE | R345392 |
| 2 | FOUR GIRLS IN WHITE | R379510 |
| 3 | FOUR MOTHERS | R451999 |
|   | FOUR'S A CROWD | R380518 |
| 4 | FOX , THE | RE703915 |
| 5 | FREEBIE AND THE BEAN | RE870683 |
|   | FROM THE EARTH TO THE MOON | RE278382 |
| 6 | GAMBLING LADY | R272630 |
| 7 | GANGWAY FOR TOMORROW | R499990 |
|   | GAZEBO | RE345440 |
| 8 | GENERAL SPANKY | R327468 |
| 9 | GEORGE WASHINGTON SLEPT HERE | R477857 |
|   | GIRL FROM JONES BEACH | R638351 |
| 10 | GIVE A GIRL A BREAK | RE96355 |
| 11 | GLASS SLIPPER, THE | RE116764 |
|   | GLOBAL AFFAIR, A | RE536342 |
| 12 | GLORY ALLEY | RE43672 |
| 13 | GREAT AMERICAN PASTIME | RE189390 |
|   | GREAT BANK ROBBERY | RE766974 |
| 14 | GREAT DAY IN THE MORNING | RE222926 |
| 15 | GREAT DIAMOND ROBBERY | RE77513 |
|   | GREAT SINNER | R636647 |
| 16 | GREEN FIRE | RE116760 |
| 17 | GREEN MANSIONS | RE341209 |
|   | GREEN YEARS | R549471 |
| 18 | GUN GLORY | RE234928 |
| 19 | GUY NAMED JOE, A | R498857 |
| 20 | H.M. PULHAM ESQUIRE | R448905 |
|   | HALF A HERO | RE77522 |
| 21 | HAPPY YEARS | R663154 |
| 22 | HARRY POTTER AND THE SORCERER'S STONE | PA 1-063-646 |
|   | HAVING A WONDERFUL TIME | R369576 |
| 23 | HEAVENLY BODY | R498552 |
| 24 | HER HIGHNESS AND THE BELLBOY | R532018 |
|   | HER TWELVE MEN | RE84867 |
| 25 | HILL, THE | RE630119 |
| 26 | HIT THE DECK | RE116765 |
| 27 | HOLIDAY AFFAIR | R648102 |
| 28 |   |   |

| Title | Registration |
|---|---|
| HONEYMOON | 1928: R177129<br>1947: R584162 |
| HONEYMOON HOTEL | RE592495 |
| HONEYMOON MACHINE | RE442637 |
| HONKY TONK | R443463 |
| HONOLULU | R379511 |
| HORN BLOWS AT MIDNIGHT | R538964 |
| HOT MILLIONS | RE731531 |
| HOUSE OF NUMBERS | RE234931 |
| HOW SWEET IT IS | RE739612 |
| HUCKSTERS | R581038 |
| I DREAM TOO MUCH | R305970 |
| I LOVE MELVIN | RE43649 |
| I THANK A FOOL | RE489841 |
| I'LL CRY TOMORROW | RE151745 |
| IMPOSSIBLE YEARS | RE731533 |
| IN NAME ONLY | R393975 |
| IN OUR TIME | R519175 |
| INSIDE STRAIGHT | RE17820 |
| INVISIBLE BOY, THE | RE234939 |
| INVITATION TO THE DANCE | RE116776 |
| IT'S A BIG COUNTRY | RE10248 |
| IT'S A GREAT FEELING | R640783 |
| JOHNNY ANGEL | R535526 |
| JOURNEY FOR MARGARET | R471613 |
| JOURNEY, THE | RE279403 |
| JOY IN THE MORNING | RE584419 |
| JOY OF LIVING | R369586 |
| JUST THIS ONCE | RE23184 |
| KATHLEEN | R448513 |
| KEEP YOUR POWDER DRY | R523349 |
| KID GLOVE KILLER | R457459 |
| KING'S THIEF | RE151736 |
| KISSING BANDIT | R618332 |
| LADY LUCK | R560802 |
| LADY OF THE TROPICS | R391306 |
| LANA TURNER DANCING CO-ED + THESE GLAMOUR GIRLS | R394395;<br>R391653 |
| LAST OF MRS. CHEYNEY | R332111 |

| | | |
|---|---|---|
| 1 | LATIN LOVERS, HER HIGHNESS AND THE BELLBOY | 1953: RE77520 1945:R532018 |
| 2 | LEGEND OF LYLAH CLARE | RE732171 |
| 3 | LIBEL | RE342399 |
| 4 | LIFE OF HER OWN, SHIPPING INCLUDED, A | R669964 |
| 5 | LIGHT IN THE PIAZZA | RE442635 |
| 6 | LIGHT IN THE PIAZZA DVD YVETTE MIMIEUX | RE442635 |
| 7 | LILI | RE43653 |
| 8 | LITTLE HUT | RE189403 |
| 9 | LIVING IN A BIG WAY | R578943 |
| 10 | LONE STAR | RE10264 |
| 11 | LORD OF THE RINGS TWO TOWERS | PA1119134 |
| 12 | LOST ANGEL | R494373 |
| 13 | LOST LADY, A | R286405 |
| 14 | LOVE IS BETTER THAN EVER | RE10257 |
| 15 | LOVE ON THE RUN | R326309 |
| 16 | MAD MISS MANTON | R373953 |
| 17 | MADWOMAN OF CHAILLOT | RE765234 |
| 18 | MAN FROM DOWN UNDER | R489651 |
| 19 | MAN ON FIRE | RE234929 |
| 20 | MANNEQUIN | R355177 |
| 21 | MARLOWE | RE759716 |
| 22 | MATING GAME | RE340286 |
| 23 | MEET ME IN LAS VEGAS | RE189370 |
| 24 | MEN OF THE FIGHTING LADY | RE116751 |
| 25 | MERRY ANDREW | RE234943 |
| 26 | MOBY DICK | R215630 |
| 27 | MOKEY | R459012 |
| 28 | MONEY TRAP | RE630125 |
| | MORE THAN A MIRACLE | RE704372 |
| | MORTAL STORM | R412107 |
| | MOVIE: RHAPSODY | RE84865 |
| | MR. LUCKY | R486267 |
| | MRS BROWN YOU'VE GOT A LOVELY DAUGHTER | RE731527 |
| | MUTINY ON THE BOUNTY | RE489850 |
| | MY BROTHER TALKS TO HORSES | R561504 |
| | MY DREAM IS YOURS | R633470 |
| | NAUGHTY FLIRT | R208352 |
| | NAVY BLUES | R460023 |

| | | |
|---|---|---|
| 1 | NEW FACES OF 1937 | R342163 |
| 2 | NEXT VOICE YOU HEAR | R669962 |
| 3 | NIGHT MUST FALL | RE586271 |
| | NIGHT UNTO NIGHT | R580302 |
| 4 | NO BLADE OF GRASS | RE782037 |
| 5 | NO LEAVE, NO LOVE | R557779 |
| | NORA PRENTISS | R571692 |
| 6 | O LUCKY MAN | RE849215 |
| 7 | OF HUMAN BONDAGE | RE588130 |
| | OF HUMAN HEARTS | R356574 |
| 8 | ON BORROWED TIME | R389308 |
| 9 | ONCE A THIEF | RE584424 |
| | ONE IS A LONELY NUMBER | RE829263 |
| 10 | ONE WAY PASSAGE | R242628 |
| 11 | OPPOSITE SEX | RE189386 |
| | OUT OF THE FOG | R460015 |
| 12 | OUTLAW JOSEY WALES | RE907070 |
| 13 | OUTRAGE, THE | RE593020 |
| | OUTRIDERS | R655630 |
| 14 | PANAMA LADY | R393964 |
| 15 | PARTY GIRL | RE279857 |
| | PENELOPE | RE670010 |
| 16 | PENGUIN POOL MURDER | R250796 |
| 17 | PILOT #5 | R482529 |
| 18 | POLLY OF THE CIRCUS | R232435 |
| | POSTMAN'S KNOCK | RE441186 |
| 19 | PRETTY MAIDS ALL IN A ROW | RE811078 |
| 20 | PRINCESS O'ROURKE | R498977 |
| | PRISONER OF WAR | RE116750 |
| 21 | RACHEL AND THE STRANGER | R627227 |
| 22 | RANSOM | RE151742 |
| 23 | RETURN OF THE GUNFIGHTER | RE640720 |
| | RICH, YOUNG AND PRETTY | RE10261 |
| 24 | ROGUE COP | RE116754 |
| 25 | ROMANCE OF ROSEY RIDGE '47 | R577228 |
| | ROUNDERS | RE584421 |
| 26 | RUN OF THE ARROW | RE244567 |
| 27 | SAILOR TAKES A WIFE | R541575 |
| 28 | SATURDAY'S CHILDREN | R434237 |

| | | |
|---|---|---|
| 1 | SEA DEVILS | R334526 |
| 2 | SECOND CHANCE | RE104287 |
| 3 | SECRET GARDEN | 1949: R628862<br>1993: PA659537 |
| 4 | SEVEN BRIDES FOR SEVEN BROTHERS | RE116747 |
| 5 | SEVEN WOMEN | RE630514 |
| | SEX AND THE SINGLE GIRL | RE586378 |
| 6 | SHEEPMAN, THE | RE279851 |
| 7 | SHOT IN THE DARK , A | R452012 |
| | SINGIN' IN THE RAIN | RE23190 |
| 8 | SINGING NUN, THE | RE621435 |
| 9 | SINS OF SILENCE | PA868533 |
| | SKIRTS AHOY | RE43676 |
| 10 | SKY FULL OF MOON | RE43630 |
| 11 | SLANDER | RE189389 |
| | SMALL TOWN GIRL 1953 | RE43651 |
| 12 | | |
| 13 | SMALLVILLE (SEASON ONE): PILOT | PA 1-110-422,<br>Supplemental Reg.:<br>PA 1-266-673 |
| 14 | | |
| 15 | SMALLVILLE (SEASON ONE): METAMORPHOSIS | PA 1-110-424,<br>Supplemental Reg.:<br>PA 1-266-674 |
| 16 | | |
| 17 | SMALLVILLE (SEASON ONE): HOTHEAD | PA 1-110-433,<br>Supplemental Reg.:<br>PA 1-266-676 |
| 18 | | |
| 19 | SMALLVILLE (SEASON ONE): X-RAY | PA 1-110-437,<br>Supplemental Reg.:<br>PA 1-266-677 |
| 20 | | |
| 21 | SMALLVILLE (SEASON ONE): COOL | PA 1-110-436,<br>Supplemental Reg.:<br>PA 1-266-678 |
| 22 | | |
| 23 | SMALLVILLE (SEASON ONE): HOURGLASS | PA 1-110-423,<br>Supplemental Reg.:<br>PA 1-266-679 |
| 24 | | |
| 25 | SMALLVILLE (SEASON ONE): CRAVING | PA 1-110-430,<br>Supplemental Reg.:<br>PA 1-266-681 |
| 26 | | |
| 27 | SMALLVILLE (SEASON ONE): JITTERS | PA 1-110-431,<br>Supplemental Reg.:<br>PA 1-266-675 |
| 28 | | |

| | |
|---|---|
| SMALLVILLE (SEASON ONE): ROGUE | PA 1-110-427, Supplemental Reg.: PA 1-266-680 |
| SMALLVILLE (SEASON ONE): SHIMMER | PA 1-110-432, Supplemental Reg.: PA 1-266-682 |
| SMALLVILLE (SEASON ONE): HUG | PA 1-110-428, Supplemental Reg.: PA 1-266-683 |
| SMALLVILLE (SEASON ONE): LEECH | PA 1-110-434, Supplemental Reg.: PA 1-266-684 |
| SMALLVILLE (SEASON ONE): KINETIC | PA 1-110-435, Supplemental Reg.: PA 1-266-685 |
| SMALLVILLE (SEASON ONE): ZERO | PA 1-110-438, Supplemental Reg.: PA 1-266-686 |
| SMALLVILLE (SEASON ONE): NICODEMUS | PA 1-110-425, Supplemental Reg.: PA 1-266-687 |
| SMALLVILLE (SEASON ONE): STRAY | PA 1-110-426, Supplemental Reg.: PA 1-266-688 |
| SMALLVILLE (SEASON ONE): REAPER | PA 1-110-439, Supplemental Reg.: PA 1-266-689 |
| SMALLVILLE (SEASON ONE): DRONE | PA 1-110-440, Supplemental Reg.: PA 1-266-690 |
| SMALLVILLE (SEASON ONE): CRUSH | PA 1-110-441, Supplemental Reg.: PA 1-266-691 |
| SMALLVILLE (SEASON ONE): OBSCURA | PA 1-110-429, Supplemental Reg.: PA 1-266-692 |
| SMALLVILLE (SEASON ONE): TEMPEST | PA 1-110-442, Supplemental Reg.: PA 1-266-693 |
| SOME CAME RUNNING | RE279860 |

| | | |
|---|---|---|
| 1 | SPRING MADNESS | R372740 |
| 2 | STAGE STRUCK | RE244573 |
| 3 | STAND BY FOR ACTION | R474518 |
|  | STARS IN MY CROWN | R653592 |
| 4 | STOLEN LIFE, A | R555068 |
| 5 | STORY OF THREE LOVES | RE43654 |
|  | STRANGER IN TOWN | R239926 |
| 6 | STRATTON STORY | R628863 |
| 7 | STRAWBERRY BLONDE, THE | R452007 |
|  | SUMMER OF '42 | RE812493 |
| 8 | SUSAN SLEPT HERE | RE148079 |
| 9 | SWAN | RE189373 |
|  | TAKE THE HIGH GROUND | RE77507 |
| 10 | TAXI | R235203 |
| 11 | TEA AND SYMPATHY | RE189384 |
|  | TEN THOUSAND BEDROOMS | RE234921 |
| 12 | TENDER TRAP | RE151743 |
| 13 | TERROR ON A TRAIN | RE43706 |
|  | THAT CERTAIN WOMAN | R345398 |
| 14 | THAT FORSYTE WOMAN | R645225 |
| 15 | THE BISHOP MISBEHAVES | R301362 |
|  | THESE WILDER YEARS | RE189382 |
| 16 | THEY MET IN ARGENTINA | R435619 |
| 17 | THEY MET IN BOMBAY | R438560 |
|  | THEY ONLY KILL THEIR MASTERS | RE829270 |
| 18 | THEY WON'T FORGET | R359644 |
| 19 | THIRTEEN WOMEN | R250803 |
|  | THIS LAND IS MINE | R486265 |
| 20 | THOUSANDS CHEER | R491618 |
| 21 | THREE BITES OF THE APPLE | RE821440 |
|  | THREE COMRADES | R362335 |
| 22 | THREE DARING DAUGHTERS | R596216 |
| 23 |  |  |
| 24 | THREE MUSKETEERS | 1935: R305966<br>1948: R615663 |
|  | THREE STRANGERS | R548093 |
| 25 | TORPEDO RUN | RE279856 |
| 26 | TRAIL STREET | R575630 |
|  | TRIBUTE TO A BAD MAN | RE151750 |
| 27 | TROUBLE FOR TWO | R316573 |
| 28 |  |  |

| | | |
|---|---|---|
| 1 | TWO GIRLS AND A SAILOR | R505581 |
| 2 | TWO GIRLS ON BROADWAY | R408614 |
| 3 | TWO SISTERS FROM BOSTON | R546907 |
|   | TWO TICKETS TO BROADWAY | R42690 |
| 4 | TWO WEEKS IN ANOTHER TOWN | RE494236 |
| 5 | UNFINISHED DANCE | R583044 |
|   | UNTIL THEY SAIL | RE234938 |
| 6 | V.I.P.'S 1963 | RE579729 |
| 7 | VACATION FROM MARRIAGE | R540612 |
|   | VALLEY OF THE KINGS | RE116746 |
| 8 | VALLEY OF THE SUN | R457485 |
| 9 | VENETIAN AFFAIR, THE | RE621437 |
|   | VERY PRIVATE AFFAIR, A | RE494237 |
| 10 | VIRGINIA CITY | R428505 |
| 11 | VIVACIOUS LADY | R369581 |
|   | WEDDING SINGER | PA879068 |
| 12 | WEEKEND AT THE WALDORF | R532013 |
| 13 | WELCOME TO HARD TIMES | RE621442 |
|   | WEST POINT OF THE AIR | R292174 |
| 14 | WESTWARD THE WOMEN | RE10247 |
| 15 | WHEELER DEALERS | RE543415 |
| 16 | WHERE THE SPIES ARE | RE630124 |
|   | WHILE THE CITY SLEEPS | RE222927 |
| 17 | WHISTLING IN BROOKLYN | R492180 |
| 18 | WILLY WONKA AND CHOCOLATE FACTORY | RE815954 |
|   | WIZARD OF OZ | R390474 |
| 19 | WOMAN ON THE BEACH | R584160 |
| 20 | WONDERFUL WORLD OF BROTHERS GRIMM | RE494242 |
|   | WORLD, THE FLESH, AND THE DEVIL | RE279861 |
| 21 | WRATH OF GOD | RE830367 |
| 22 | YELLOW ROLLS ROYCE | RE584422 |
| 23 | YOLANDA AND THE THIEF | R539813 |
|   | YOU FOR ME | RE43723 |
| 24 | YOUNG BESS | RE77529 |
| 25 | YOUNG MAN WITH IDEAS | RE23188 |
|   | YOUR CHEATIN' HEART | RE588129 |
| 26 | YOU'VE GOT MAIL | PA922937 |
| 27 | | |
| 28 | | |

Warner Bros. v. Navarro: [Proposed] Consent Decree     - 15 -